PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 16 2006

at _10_ o'clock and _10_ min. _AM_
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  RAYDANTE GARO          Case Number:  CR 04-00104SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
U.S. District Judge

Date of Original Sentence: 3/9/2005

Original Offense:   <u>Count 1</u>:  POSSESSION OF A FIREARM BY A PERSON
PREVIOUSLY CONVICTED OF A MISDEMEANOR CRIME OF
DOMESTIC VIOLENCE, in violation of 18 U.S.C. §§ 922(g)(9) and
924(a)(2), a Class C felony

Original Sentence:   Fifteen (15) months imprisonment and two (2) years supervised
release with the following special conditions:  1) That the defendant
participate in a substance abuse program, which may include drug
testing at the discretion and direction of the Probation Office; and
2) That the defendant provide the Probation Office access to any
requested financial information.

Modification:   On 9/13/2005, the Court modified the subject's conditions to
include:  3) That the defendant participate in mental health
treatment at the discretion and direction of the U.S. Probation
Office.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  7/18/2005

### PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

Prob 12B
(7/93)

2

General Condition:            *That the defendant shall refrain from any unlawful use of a
                              controlled substance. The defendant shall submit to one
                              drug test within 15 days of the commencement of
                              supervision and at least two drug tests thereafter but no
                              more than eight valid drug tests per month during the term of
                              supervised release, unless there is a positive drug test, in
                              which event the maximum shall increase to up to one valid
                              drug test per day (mandatory condition).*

Special Condition No. 4       *That the defendant shall submit his property, person,
                              residence, place of employment, or vehicle to a search
                              conducted by the U.S. Probation Office at a reasonable time
                              and in a reasonable manner, based upon reasonable
                              suspicion of contraband or evidence of a violation of a
                              condition of supervision. Failure to submit to a search may
                              be grounds for revocation. The offender shall warn any
                              other resident that the premises may be subject to search
                              pursuant to this condition.*

## CAUSE

    Since the commencement of supervised release on 7/18/2005, the subject has
been participating in substance abuse treatment and testing at Hina Mauka. He has
maintained stable housing and employment since his release. As the Court may recall,
on 9/13/2005, the subject's supervised release was modified to include a mental health
special condition. This modification was a result of the subject's expressed issues with
depression. Subsequently, the subject completed a psychological examination and was
deemed mentally stable. At this time, the only area of concern is that the subject's
former tenant, who is a known felon, has been repeatedly found at the subject's
residence. This issue has been addressed with the subject and will be continually
monitored. Overall, the subject's supervision adjustment has been satisfactory.

    The subject has agreed to modify his conditions of supervised release to allow
drug testing consistent with the mandates of *United States v. Stephens*. This
modification is warranted when considering the subject's extensive substance abuse
history, including a positive drug test for methamphetamine while on bail release.

Prob 12B
(7/93)

3

      Furthermore, the subject's violent background, coupled with the fact that a known felon has frequented his residence, supports the addition of Special Condition No. 4 (warrantless search) to enhance our supervision capabilities.  As indicated in the presentence report, the subject's wife reported that the subject slept with a loaded gun and police later recovered a handgun in his residence that led to the conviction for the instant offense.  As a result, Special Condition No. 4 would provide our office with an additional supervision tool to closely monitor the subject's compliance and serve as a deterrence to possible future criminal conduct.

      We respectfully recommend that the Court impose the requested modifications of supervised release.  Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives his right to a hearing and to assistance of counsel.  The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

                        Respectfully submitted by,

                        JONATHAN K. SKEDELESKI
                        U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date:  6/14/2006

Prob 12B
(7/93)

4

THE COURT ORDERS:

[X]     The Modification of Conditions as Noted Above
[  ]    Other

SUSAN OKI MOLLWAY
U.S. District Judge

JUN 1 5 2006

Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

       I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

       I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

*General Condition:*         *That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day (mandatory condition).*

*Special Condition No. 4*         *That the defendant shall submit his property, person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation.  The offender shall warn any other resident that the premises may be subject to search pursuant to this condition.*

Witness: _____
JONATHAN K. SKEDELESKI
U.S. Probation Officer

Signed: _____
RAYDANTE GARO
Supervised Releasee

5/18/06
Date